## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CREATIVE PHOTOGRAPHERS, INC., <br> Plaintiff, <br><br> v. <br><br> JOHN WILEY & SONS, INC., <br> Defendant, | Case No.: 2:24-cv-11321-ES-CLW |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Creative Photographers, Inc., by its attorneys, Law Office of R. Terry Parker, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, without prejudice, and without costs or attorneys' fees, of the above-referenced matter against John Wiley. No answer has been filed in this case.

Dated:  January 24, 2025

Respectfully submitted,

/s/ R. Terry Parker
R. Terry Parker, Esquire
Law Office of R. Terry Parker
43 W. 43rd Street, Suite 275
New York, New York 10036-7424
Tel : (212) 859-5068
Email: terry@rterryparkerlaw.com

*Attorney for Plaintiff*
*Creative Photographers, Inc.*